1  DONNA M. MEZIAS (SBN 111902)
   DOROTHY F. KASLOW (SBN 287112)
2  dmezias@akingump.com
   dkaslow@akingump.com
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
4  San Francisco, CA 94104
   Telephone:    415-765-9500
5  Facsimile:    415-765-9501

6  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| RICHARD W. HANKEY, individually and on behalf of all others similarly situated, | Case No. |
|---|---|
| Plaintiff, | DEFENDANT HOME DEPOT U.S.A., INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| vs. | [Notice of Removal of Action, Declarations of Donna M. Mezias, Kathleen Burris, and G. Edward Anderson, Ph.D. and Civil Cover Sheet filed concurrently] |
| HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | (*Orange County Superior Court, Case No. 30-2018-01027364-CU-OE-CXC*) |
| | Date Action Filed: October 19, 2018 |

The undersigned, counsel of record for named defendant Home Depot U.S.A., Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Home Depot U.S.A., Inc. – Defendant
2. The Home Depot, Inc. – Parent company of defendant Home Depot U.S.A., Inc.
3. Richard W. Hankey – Plaintiff

Respectfully submitted,

Dated: January 17, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By  */s/ Donna M. Mezias*
Donna M. Mezias
Attorneys for defendant Home Depot U.S.A., Inc.